UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

BROADCAST MUSIC, INC.; WARNER-
TAMERLANE PUBLISHING CORP.; RICK'S
MUSIC, INC.; STEVE GREENBERG an
individual d/b/a RED SEA SONGS; SONY/ATV
SONGS LLC; BERNARD EDWARDS
COMPANY LLC; ESTATE OF MAURICE
ERNEST GIBB and ROBIN GIBB d/b/a GIBB
BROTHERS MUSIC; BARRY ALAN GIBB, an
individual d/b/a CROMPTON SONGS; MJ
PUBLISHING TRUST d/b/a MIJAC MUSIC;
SUMAC MUSIC, a division of LOVE-ZAGER
PRODUCTIONS INC.

                          Plaintiffs,

                    - against -

120 BAY STREET CORP. d/b/a CARGO CAFÉ
and DAVID RABIN, individually,

                        Defendants.
----------------------------------------------------------------- X

**DEFAULT JUDGMENT
AND FINAL INJUNCTION**

09 Civ. 5056 (BMC)

      The Court having granted plaintiff's motion for a **default judgment** by Memorandum Decision and Order dated April 1, 2010, it is hereby

      ORDERED AND ADJUDGED, that plaintiff have judgment against defendants, jointly and severally, in the amount of $32,991.50; and it is further

      ORDERED, ADJUDGED, AND DECREED, that defendants, 120 Bay Street Corp. d/b/a Cargo Café and David Rabin, their agents, servants, employees, and all persons acting under

their permission and authority, are hereby permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

Dated: Brooklyn, New York
      April 1, 2010

                                                        s/Brian M. Cogan
                                                              U.S.D.J.